# COMPLAINT
(for non-prisoner filers without lawyers)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2020 DEC 21 P 2:49
CLERK OF COURT

(Full name of plaintiff(s))

Suan D Kendrick

v.

(Full name of defendant(s))

Megan J. Brennan, Post Master General,
Robert G. Prahle, Charles Spahn,
Albert Guzman Jr., Kim Ashmus,
Pamela Canada, Darlene Abrams, Katherine Vickers, Albert Guzman Jr.,

Case Number:

**20-C-1884**

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __1744 N Martin Luther King Jr Drive Apt. 1 Milwaukee WI 53212__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Robert G. Prahl__
   (Name)

# Additional Defendants

Alan G. Barney, Pamela Canada, Kim Ashmus, Darlene Abrams, Steve J. Bacik, Dianne M. Grabowski, Lillian M. Nieves, Meta K. Cicero, Daniel Kay (MDO's/Supervisors) Gina Junieli (Mail Handler/204B) Trent Canady, Kenneth D. Liggans, Marvin Rivera, Pamela Walker, Larry Brown Jr., and John Miceli (APWU Stewards)

is (if a person or private corporation) a citizen of  WISCONSIN
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  USPS 345 W ST. Paul Ave Milwaukee WI 53201
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I Suan D Kendrick was employed at the USPS PSE Clerk from 2014 - 2019. On April, 26, 2019, I resigned due to the continued violation of my medical restriction, Rehabilitation Act of 1973, harassment, retaliation, discrimination, hostile environment. As a result I suffered lost wages and per contract of 2014; I supposed been a career employee in 2017. Kendrick wants USPS to give him his job back and pay him lost wages and damages for his suffering. Robert G. Prahle (Plant Manager) Charles Spuhn (SDO), Albert Guzman Jr., Pamela Canada, Kim Ashmus, Darlene Abrams, Katherine Vickers, Steve J. Bacik, Dianne

Complaint - 2

M. Grabowski, Alan G. Barney, Lillian M. Nieves, Meta K. Cicero, Daniel Kay, (MDO's/Supervisor) Gina Juniel (204B/Mailhandler) Trent Canady, Kenneth Liggans, Marvin Rivera, Pamela Walker, Larry Brown Jr., and John Miceli (APWU Stewards) Mr. Prahl failed to stop the violation of my by the defendants; they all participated in violation of my medical rights in violation of the Rehabilitation Act of 1973 out of retaliation for grievances, EEO's failed against Darlene Abrams in 2017 and Charles Spahn in 2018. March 10-13, 2018; Charles Spahn instructed Pamela Canada, Kim Ashmus, Katherine Vickers to illegally restrict me from the building, because of my on the job injury and management was trying to force me off medical restriction set forth by my doctors; APWU Stewards Trent Canady, Kenneth D. Liggans, and Marvin Rivera went along with this violation; denial of work and transfer from my shift when there was work. From June 28, 2018; after I returned back to work (Management & APWU stewards illegally used that OWCP had to be approved to work at USPS/their insurance company) the violation continued with Alan G. Barney, Meta K. Cicero

both tried to force me to work in area's that violated my medical restrictions. Lillian M Nieves twice in September 2018, tried to get me to sign a document that I got injured off the job. December 3, 2018, Charles Spahn instructed Gina Juniel (Mailhandler/204B) to write me up (Mailhandler can't supervise Clerk's violate labor contract Oct. 3, 2018 - Dec. 3, 2018) out of retaliation for grievances and EEO's filed against Mr. Spahn (had an upcoming EEO hearing Dec. 18, 2018). APWU stewards Pamela Walker, Larry Brown Jr. and John Miceli went along with these violation. Daniel Kay signed bogus write from Ms. Juniel; like he wrote me up and Mr. Kay wasn't working Primary (030/040) area from Oct. - December 2018. March or April 2019 Darlene Abrams had Charles Spahn, Albert Guzman Jr., Pamela Canada and Steve J. Bacik switch my pay location to Ms. Abrams. I resigned April 26, 2019 due to the continue violation of my medical restriction, harassment, discrimination, retaliation, hostile environment. May 2 & 10, 2019 Dianne M. Grabowski tried to get me to sign a document I'm Awol from USPS.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Monetary damages for violation of my medical restriction from Sept. 6, 2017 – April 26, 2019; be made a career employee per contract of 2014, back pay from 2017 – 2019, overtime, annual days, out of schedule pay, holiday pay from 2018 – 2019, retirement money loss/investment; 1st shift job in 030/040 primary, Monday – Thursday 10 hr shift.

Punitive - $5,000,000.00          Anxiety - $5,000,000.00
Compensatory - $500,000,000.00    Nominal - $5,000,000.00
Mental Anguish - $5,000,000.00    Non-Economic - $5,000,000.00
Exemplary - $5,000,000.00         Declaratory - $5,000,000.00

Complaint – 4

E.  **JURY DEMAND**

I want a jury to hear my case.

☒ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __18th__ day of __December__ 20__20__.

Respectfully Submitted,

_Susan D Kendrick_
Signature of Plaintiff

_414-388-0803_
Plaintiff's Telephone Number

_SKeN70@yahoo.com_
Plaintiff's Email Address

_1744 N Martin Luther King Jr Drive Apt. 1_

_Milwaukee, WI 53212_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ **I DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ **I DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5