UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SUAN D. KENDRICK, Plaintiff
v.
DAVID STEINER, et al., Defendants
Case No. 20-CV-1884

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AS TO CERTAIN DEFENDANTS AND FOR EXTENSION OF TIME**

Plaintiff Suan D. Kendrick respectfully moves for entry of default pursuant to Federal Rule of Civil Procedure 55(a) against Trent Canady, Marvin Rivera, Kenneth D. Liggan, Pamela Walker, and Larry Brown Jr., and for a 21-day extension of time to respond to the pending Motion to Dismiss.

These defendants were properly served. Proofs of service are on file with the Court. None has filed an answer or otherwise defended.

Good cause exists for an extension under Federal Rule of Civil Procedure 6(b).

Dated: 1-5, 2026

/s/ Suan D. Kendrick
Suan D. Kendrick, Plaintiff pro se

U.S. District Court
Wisconsin Eastern

1/5/2026

FILED
Clerk of Court